| Category | Issues | Pages | Benchmark |
|---|---|---|---|
| Overall Quality | | 291 pages with quality issues | ❌ 30% have issues, worse than average |
| Errors | | 237 pages with broken links or other errors | ❌ 25% have issues, worse than average |
| Accessibility | | 233 pages with accessibility problems | ❌ 24% have issues, worse than average |
| Compatibility | | 3 pages with browser specific issues | ✅ 1% have issues, better than average |
| Standards | | 278 pages have W3C standards issues | ❌ 29% have issues, worse than average |
| Totals | | 985 pages and files checked | |