Broken link report for https://www.simplemills.com/

This tab shows site quality issues, including broken links and server configuration problems.

ⓧ **Broken links - Some pages contain links that don't work.**

ⓧ **Server configuration - Issues found.**

✓ ASP, ASP.NET and PHP script errors - No issues found.

✓ Internet RFCs - No issues found.

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|

## Priority 1

8 issues on 237 pages

🔴 This `img` links to a file with the wrong MIME type for an image.

This can happen if you link an image to an HTML page, or the image is missing and an error page is returned instead.

Server Configuration    2 pages

Image:    Line 717
https://www.simplemills.com/SimpleMills/media/Images/thumbs-1.jpeg file type is: text/html.
https://www.simplemills.com/Products/Product/Cheddar-Pop-Mmms-Baked-Snack-Crackers-Snack-Pack.aspx

Image:    Line 717
https://www.simplemills.com/SimpleMills/media/Images/thumbs-1.jpeg file type is: text/html.
https://www.simplemills.com/Products/Product/Simple-Mills-Cheddar-Pop-Mmms-Baked-Snack-Crackers.aspx

🔴 This link is broken. The link target could not be loaded due to an HTTP error.

This is sometimes a temporary problem, but if it persists it indicates a serious problem on your web server.

Broken Link HTTP    34 pages

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request    Line 1686 4464
https://www.simplemills.com/

Broken link:    Line 1 1 2 2
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/D633217EE1C0EF5B8.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/0F8D42928054F27A3.css

Broken link:    Line 3 3 4 4
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/4F33A6644A0523C56.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/0F8D42928054F27A3.css

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link:  Line 5 5 6 6
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/A3AB9E377D60DCDA9.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/0F8D42928054F27A3.css

Broken link:  Line 7 7 8 8
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/7A8FF4B954E9863D6.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/0F8D42928054F27A3.css

Broken link:  Line 9 9 10 10
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/4BB5E9387642F0CCF.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/0F8D42928054F27A3.css

Broken link:  Line 11 11 12 12
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/DAD40F1F56CDEDE19.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/0F8D42928054F27A3.css

Broken link:  Line 13 13 14 14
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/0CB8E4C14FE26EE2C.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/0F8D42928054F27A3.css

Broken link:  Line 15 15 16 16
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/750D005D4054D694E.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/0F8D42928054F27A3.css

Broken link:  Line 17 17 18 18
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/1A655D006FFF53A7A.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/0F8D42928054F27A3.css

Broken link:  Line 19 19 20 20
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/929AFB42E96D4D4C5.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/0F8D42928054F27A3.css

Broken link:  Line 21 21 22 22
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/49361958E3E0B1371.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/0F8D42928054F27A3.css

Broken link:  Line 23 23 24 24
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/7EBA0748D1D338A96.eot
522 <none>

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/0F8D42928054F27A3.css

Broken link:                                                    Line 25 25 26 26
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/912048FF198B07D53.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/0F8D42928054F27A3.css

Broken link:                                                    Line 27 27 28 28
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/A7E5B667C39DF9B64.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/0F8D42928054F27A3.css

Broken link:                                                    Line 29 29 30 30
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/DE34CDB0371000EC8.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/0F8D42928054F27A3.css

Broken link:                                                    Line 1 1 2 2
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/0AE0C2B5A2AA5B8C4.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/E89BF33DCAB8E477A.css

Broken link:                                                    Line 3 3 4 4
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/EECD6FCA2EDA05235.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/E89BF33DCAB8E477A.css

Broken link:                                                    Line 5 5 6 6
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/47151C40A54A661D7.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/E89BF33DCAB8E477A.css

Broken link:                                                    Line 7 7 8 8
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/0D69579957771E193.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/E89BF33DCAB8E477A.css

Broken link:                                                    Line 9 9 10 10
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/C1D3963AA35E713AE.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/E89BF33DCAB8E477A.css

Broken link:                                                    Line 11 11 12 12
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/BF5A685945D215BD8.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/E89BF33DCAB8E477A.css

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link:
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/DE67F4AD0CB468951.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/E89BF33DCAB8E477A.css
Line 13 13 14 14

Broken link:
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/43976EAB690C24C8D.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/E89BF33DCAB8E477A.css
Line 15 15 16 16

Broken link:
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/DED559B0ED7B77F60.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/E89BF33DCAB8E477A.css
Line 17 17 18 18

Broken link:
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/8F4DC9EE3779CF970.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/E89BF33DCAB8E477A.css
Line 19 19 20 20

Broken link:
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/1FD9A6D0AED679228.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/E89BF33DCAB8E477A.css
Line 21 21 22 22

Broken link:
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/C4E0997D465962CB3.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/E89BF33DCAB8E477A.css
Line 23 23 24 24

Broken link:
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/6539385FE73EE4641.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/E89BF33DCAB8E477A.css
Line 25 25 26 26

Broken link:
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/AEDEE0DFD82443E79.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/E89BF33DCAB8E477A.css
Line 27 27 28 28

Broken link:
https://content.simplemills.com/App_Themes/SimpleMillsMaster/Fonts/708708/E19B9AB3CBF1CA109.eot
522 <none>
https://www.simplemills.com/CMSPages/GetResource.ashx?
stylesheetfile=/App_Themes/SimpleMillsMaster/Fonts/708708/E89BF33DCAB8E477A.css
Line 29 29 30 30

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad
Request
https://www.simplemills.com/Company/Contact-Us.aspx
Line 1489

Broken link report for https://www.simplemills.com/

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Learn/FAQ.aspx | Line 3954 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Learn/Mission.aspx | Line 1370 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Learn/RegenerativeAgriculture.aspx | Line 1643 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Legacy/Products-OLD/Store-Locator.aspx | Line 1297 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Legacy/Products-OLD/Store-Locator.aspx?MM=panel2&PROD=856069005131 | Line 1297 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Press-Room.aspx | Line 1549 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products.aspx | Line 1871 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products.aspx?filter=bakingmixes | Line 1451 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products.aspx?filter=bars | Line 1403 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products.aspx?filter=cookies | Line 1475 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products.aspx?filter=crackers | Line 1523 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products.aspx?filter=pancakemixes | Line 1391 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Apple-Cinnamon-Muffin-Bread-Mix.aspx | Line 1808 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1808 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://www.simplemills.com/Products/Product/Artisan-Bread-Mix.aspx | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Brownie-Mix-New.aspx | Line 1806 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Cheddar-Pop-Mmms-Baked-Snack-Crackers-Snack-Pack.aspx | Line 1864 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Chocolate-Brownie-Seed-Nut-Flour-Sweet-Thins.aspx | Line 1809 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Chocolate-Chip-Cookie-Mix.aspx | Line 1803 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Chocolate-Muffin-Cake-Mix.aspx | Line 1808 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Cocoa-Almond-Flour-Pancake-Waffle-Mix.aspx | Line 1805 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Cracked-Black-Pepper-Almond-Flour-Crackers.aspx | Line 1807 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Crunchy-Chocolate-Chip-Cookies.aspx | Line 1807 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Crunchy-Double-Chocolate-Cookies.aspx | Line 1808 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Crunchy-Toasted-Pecan-Cookies-1.aspx | Line 1807 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Dark-Chocolate-Almond-Soft-Baked-Bars.aspx | Line 1805 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Everything-Organic-Seed-Flour-Crackers.aspx | Line 1808 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Farmhouse-Cheddar-Almond-Flour-Crackers.aspx | Line 1807 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Farmhouse-Cheddar-Almond-Flour-Cracker-Snack-Pack.aspx | Line 1810 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Fine-Ground-Sea-Salt-Almond-Flour-Crackers.aspx | Line 1861 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Fine-Ground-Sea-Salt-Almond-Flour-Cracker-Snack-Pa.aspx | Line 1809 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Garlic-Herb-Organic-Seed-Flour-Crackers.aspx | Line 1808 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Himalayan-Salt-Veggie-Pita-Crackers.aspx | Line 1805 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Honey-Cinnamon-Seed-Nut-Flour-Sweet-Thins.aspx | Line 1859 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Honey-Cinnamon-Sweet-Thins-Snackpacks.aspx | Line 1806 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Lemon-Seed-Nut-Flour-Sweet-Thins.aspx | Line 1807 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Mediterranean-Herb-Veggie-Pita-Crackers.aspx | Line 1805 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Products/Product/Mini-Crunchy-Cookie-Choco-Chip-Snack-Packs.aspx | Line 1804 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Products/Product/Mint-Chocolate-Seed-Nut-Flour-Sweet-Thins.aspx | Line 1806 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Products/Product/Nut-Butter-Stuffed-Sandwich-Cookies-Cocoa.aspx | Line 1807 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Products/Product/Nut-Butter-Stuffed-Sandwich-Cookies-PB.aspx | Line 1806 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Products/Product/Nutty-Banana-Bread-Soft-Baked-Bars.aspx | Line 1808 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Products/Product/Original-Organic-Seed-Flour-Crackers.aspx | Line 1808 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Products/Product/Pancake-Waffle-Mix.aspx | Line 1813 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Products/Product/Peanut-Butter-Chocolate-Chip-Soft-Baked-Bars.aspx | Line 1807 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Products/Product/Pizza-Dough-Mix.aspx | Line 1810 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Products/Product/Protein-Pancake.aspx | Line 1806 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Products/Product/Pumpkin-Muffin-Bread-Mix.aspx | Line 1808 | |

Broken link report for https://www.simplemills.com

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Pumpkin-Pancake-Waffle-Mix.aspx | Line 1809 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Rosemary-Sea-Salt-Almond-Flour-Crackers.aspx | Line 1808 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Simple-Mills-Brownie-Soft-Baked-Bar.aspx | Line 1808 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Simple-Mills-Cheddar-Pop-Mmms-Baked-Snack-Crackers.aspx | Line 1867 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Simple-Mills-Pizza-Pop-Mmms-Baked-Snack-Crackers.aspx | Line 1807 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Spiced-Carrot-Cake-Soft-Baked-Bars.aspx | Line 1808 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Sun-dried-Tomato-Basil-Almond-Flour-Crackers.aspx | Line 1809 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Products/Product/Vanilla-Cupcake-Cake-Mix.aspx | Line 1806 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes.aspx | Line 3064 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Apple-Cardamom-Custard-Pie.aspx | Line 1375 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Apple-Cider-Doughnut-Muffins.aspx | Line 1338 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Asparagus-Radish-Tart.aspx | Line 1364 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Avocado-Fries.aspx | Line 1365 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Back-to-School-Bento-Box.aspx | Line 1388 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Baked-Brie-with-Cranberry-Compote.aspx | Line 1369 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Banana-Berry-Crunch-Parfaits.aspx | Line 1367 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Breaded-Fish-Tacos-with-Habanero-Ranch-Dressing.aspx | Line 1356 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Brie-Honey-and-Rosemary-Cracker-Bites.aspx | Line 1329 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Bruschetta-Crackers.aspx | Line 1351 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Butternut-Squash-Pomegranate-Sage-Bites.aspx | Line 1354 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Butternut-Squash-Soup-with-Toasted-Pine-Nuts-and-S.aspx | Line 1364 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Cake-Fruit-Kebabs.aspx | Line 1359 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Calzones.aspx | Line 1356 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Cannellini-Lemon-Dip.aspx | Line 1354 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1381 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://www.simplemills.com/Recipes/Cannoli.aspx | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Cashew-Coconut-Caramel-Latte.aspx | Line 1414 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Cauliflower-Beet-and-Kale-Pizza.aspx | Line 1368 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Cauliflower-Hummus.aspx | Line 1355 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Champagne-Cupcakes.aspx | Line 1358 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Chicken-n-Waffles.aspx | Line 1359 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Chocolate-Almond-Pudding-Pie.aspx | Line 1379 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Chocolate-Cashew-Cream.aspx | Line 1366 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Chocolate-Chip-Coconut-Banana-Bread.aspx | Line 1363 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Chocolate-Chip-Nice-Cream.aspx | Line 1359 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Cinnamon-Waffles-with-Caramelized-Apples.aspx | Line 1376 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Citrus-Pancakes.aspx | Line 1359 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Cocoa-Cashew-Bites.aspx | Line 1352 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Coconut-Milk.aspx | Line 1359 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Cracker-Breaded-Tofu-Nuggets.aspx | Line 1419 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Cranberry-Walnut-Bread.aspx | Line 1354 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Creamy-Pesto-Gnocchi.aspx | Line 1445 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Crunchy-Cookie-Mummy-Pops.aspx | Line 1355 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Dairy-free-Chocolate-Peppermint-Cheesecake.aspx | Line 1385 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Dairy-Free-Pumpkin-Soup-with-Rosemary-Sea-Salt-Cra.aspx | Line 1367 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Dark-Chocolate-Dipped-Sweet-Thins.aspx | Line 1338 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Dirt-Cups.aspx | Line 1377 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Elevated-Guacamole-ft-BOLD-by-Will-Coleman.aspx | Line 1370 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Erewhon-x-Simple-Mills-Smoothie.aspx | Line 1383 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Everything-Bagel-with-Dairy-Free-Cream-Cheese.aspx | Line 1351 | |

**Priority Description and URL**                                              **Guideline and Line#**        **Count**

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad          Line 1371
Request
https://www.simplemills.com/Recipes/Floral-Waffle-Cake.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad          Line 1366
Request
https://www.simplemills.com/Recipes/Gardenscape-
Bread.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad          Line 1348
Request
https://www.simplemills.com/Recipes/Goat-Cheese-Pepper-
Jelly-Rosemary-Cracker-Bites.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad          Line 1368
Request
https://www.simplemills.com/Recipes/Grain-free-Latkes-with-
Lemon-Dill-Sour-Cream-1.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad          Line 1363
Request
https://www.simplemills.com/Recipes/Greek-Dip.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad          Line 1364
Request
https://www.simplemills.com/Recipes/Greek-Nachos.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad          Line 1359
Request
https://www.simplemills.com/Recipes/Green-Goddess-
Smoothie.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad          Line 1363
Request
https://www.simplemills.com/Recipes/Grilled-Peach-and-
Almond-Ricotta-Toast.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad          Line 1366
Request
https://www.simplemills.com/Recipes/Halloween-Sandwich-
Cookies.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad          Line 1353
Request
https://www.simplemills.com/Recipes/Harvest-Baked-
Brie.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad          Line 1387
Request
https://www.simplemills.com/Recipes/Homemade-Marinara-
with-Pizza.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad          Line 1403
Request
https://www.simplemills.com/Recipes/Homemade-Veggie-
Burgers.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad          Line 1346
Request

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://www.simplemills.com/Recipes/Honey-Mustard-Dip.aspx | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Iced-Almond-Milk-Mocha.aspx | Line 1396 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Jackfruit-Fig-and-Butternut-Squash-Pizza.aspx | Line 1382 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Key-Lime-Crumble-Jars.aspx | Line 1361 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Key-Lime-Pie-Popsicles.aspx | Line 1369 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Leftover-Halloween-Candy-Brownie-Bars.aspx | Line 1365 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Lemon-Cranberry-Chess-Pie.aspx | Line 1369 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Lemon-Pancakes-Blueberry-Sauce.aspx | Line 1365 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Mango-Jalapeno-Guacamole.aspx | Line 1355 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Mango-Salsa-Sriracha-Cilantro-Cracker-Bites.aspx | Line 1354 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Maple-Superfood-Pancakes.aspx | Line 1355 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Mini-Lemon-Poppyseed-Bundt-Cakes.aspx | Line 1360 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Mini-Quiches-3-Ways.aspx | Line 1427 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Mint-Matcha-Sweet-Thins-Shake.aspx | Line 1340 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Mocha-Brownie-Ice-Cream.aspx | Line 1362 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Naked-Cake-with-Persimmons-and-Cranberries.aspx | Line 1380 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Ninja-CREAMi-Lemon-Vanilla-Olive-Oil.aspx | Line 1362 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Ninja-CREAMi-Strawberry-Cheesecake-Ice-Cream.aspx | Line 1363 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Organic-Seed-Cracker-Avocado-Toast.aspx | Line 1367 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Organic-Seed-Cracker-Bruschetta-Bites.aspx | Line 1373 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Paleo-Cherry-Walnut-Skillet-Cookie-1.aspx | Line 1357 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Paleo-Chocolate-Mint-Cream-Pie.aspx | Line 1370 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Paleo-Pumpkin-Hummus-Legume-Free.aspx | Line 1351 | |

Broken link report for https://www.simplemills.com

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1359 | |
| | https://www.simplemills.com/Recipes/PB-J-Banana-Bread.aspx | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1348 | |
| | https://www.simplemills.com/Recipes/Peanut-Butter-Strawberry-Banana-Cracker-Bites.aspx | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1376 | |
| | https://www.simplemills.com/Recipes/Pesto-Brussel-Sprout-Pizza.aspx | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1365 | |
| | https://www.simplemills.com/Recipes/Pesto-Tomato-Black-Olive-Cracker-Bites.aspx | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1353 | |
| | https://www.simplemills.com/Recipes/Plant-Based-Cheese-Board.aspx | | |
| | Broken link: https://content.simplemills.com/Recipes/Spicy-Avocado-Hummus.aspx 522 <none> | Line 603 | |
| | https://www.simplemills.com/Recipes/Plant-Based-Cheese-Board.aspx | | |
| | Broken link: https://content.simplemills.com/Recipes/Roasted-Garlic-Beet-Hummus.aspx 522 <none> | Line 603 | |
| | https://www.simplemills.com/Recipes/Plant-Based-Cheese-Board.aspx | | |
| | Broken link: https://content.simplemills.com/Recipes/Cauliflower-Hummus.aspx 522 <none> | Line 603 | |
| | https://www.simplemills.com/Recipes/Plant-Based-Cheese-Board.aspx | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1358 | |
| | https://www.simplemills.com/Recipes/Prosciutto-Melon-and-Basil-Bites.aspx | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1395 | |
| | https://www.simplemills.com/Recipes/Pull-Apart-Bread-Sticks.aspx | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1363 | |
| | https://www.simplemills.com/Recipes/Pulled-Jackfruit-Chicken-Salad.aspx | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1346 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

https://www.simplemills.com/Recipes/Pumpkin-Chai-Chocolate-Swirl-Brownies.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Pumpkin-Crust-Pizza.aspx
Line 1358

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Pumpkin-Pancakes-with-Salted-Caramel-Sauce.aspx
Line 1344

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Raspberry-Almond-Milk.aspx
Line 1365

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Raspberry-Cheesecake-Swirl-Brownies.aspx
Line 1360

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Raspberry-Smoothie-%e2%80%93-2-Ways.aspx
Line 1365

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Ratatouille-with-Sprouted-Seed-Crackers.aspx
Line 1365

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Red-Berry-Banana-Bread.aspx
Line 1357

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Red-White-Blue-Fruit-Salsa.aspx
Line 1348

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Ricotta-Sun-dried-Tomato-Pesto-Topped-Cracker.aspx
Line 1352

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Roasted-Cranberry-and-Goat-Cheese-Flatbread.aspx
Line 1343

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Roasted-Garlic-Beet-Hummus.aspx
Line 1358

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Roasted-Jalapeno-Avocado-Salsa-1.aspx | Line 1352 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Roasted-Pumpkin-Topped-Pizza.aspx | Line 1365 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Salted-Carmel-Brownies.aspx | Line 1341 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Simple-Chicken-Kebab-Flatbread.aspx | Line 1404 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Simple-Swedish-Meatballs.aspx | Line 1382 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Southern-No-Corn-Bread-Muffins-1.aspx | Line 1336 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Spiced-Miso-Carrot-Spread-with-Tara-Thomas.aspx | Line 1362 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Spiced-Pecan-Fruit-Cake.aspx | Line 1363 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Spicy-Avocado-Hummus.aspx | Line 1355 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Spicy-Sausage-and-Squash-Stuffing.aspx | Line 1395 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Recipes/Spinach-and-Artichoke-Pizza.aspx | Line 1406 | |

Broken link report for https://www.simplemills.com

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Spring-Pea-Mint-Radish-Cracker-Bites.aspx | Line 1351 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Sprouted-Sunflower-Seed-Kale-Pesto.aspx | Line 1354 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Strawberry-Cashew-Cream.aspx | Line 1366 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Strawberry-Rhubarb-Parfaits-with-Vanilla-Almond-Gr.aspx | Line 1355 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Strawberry-Shortcake-Popsicles.aspx | Line 1361 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Sugar-Free-Customizable-Summer-Berry-Jam.aspx | Line 1351 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Sunflower-Seed-Romesco.aspx | Line 1377 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Sweet-Potato-Apple-Flatbread.aspx | Line 1346 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Sweet-Potato-Pear-Thyme-Topped-Cracker.aspx | Line 1355 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Sweet-Thins-Fruit-Tart.aspx | Line 1403 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Recipes/Thanksgiving-Stuffing.aspx | Line 1411 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Tips-for-the-Fluffiest-Pancakes.aspx
Line 1361

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Tiramisu-Tofu-Dessert.aspx
Line 1359

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Toffee-Bark.aspx
Line 1375

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Turkey-Tomato-Collard-Green-Wraps.aspx
Line 1351

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Upcycled-Carrot-Tops-Pesto.aspx
Line 1370

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Upside-Down-Banana-Cakes.aspx
Line 1363

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Vegan-Banana-Pudding.aspx
Line 1371

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Vegan-Cauliflower-Buffalo-Bites.aspx
Line 1361

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Vegan-Homemade-Cookie-Butter.aspx
Line 1353

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Vegan-Pumpkin-Cheesecake-Bars.aspx
Line 1361

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Vegan-Sassy-Brownies.aspx
Line 1415

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request
https://www.simplemills.com/Recipes/Veggie-Fritters.aspx
Line 1365

**Priority Description and URL**                                   **Guideline and Line#**           **Count**

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad        Line 1358
Request
https://www.simplemills.com/Recipes/White-Chili-with-
Almond-Flour-Crackers.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad        Line 1355
Request
https://www.simplemills.com/Recipes/Zucchini-Banana-
Bread.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad        Line 1286
Request
https://www.simplemills.com/Resources/CA-Transparency-in-
Supply-Chains-Act.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad        Line 1620
Request
https://www.simplemills.com/Resources/Privacy.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad        Line 1620
Request
https://www.simplemills.com/Resources/Privacy.aspx/

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad        Line 1807
Request
https://www.simplemills.com/Shop/Products/Banana-Muffin-
Bread-Mix.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad        Line 1314
Request
https://www.simplemills.com/Store-Locator.aspx

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad        Line 1314
Request
https://www.simplemills.com/Store-Locator.aspx?
MM=panel2&PROD=810021671604

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad        Line 1314
Request
https://www.simplemills.com/Store-Locator.aspx?
MM=panel2&PROD=810021671611

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad        Line 1314
Request
https://www.simplemills.com/Store-Locator.aspx?
MM=panel2&PROD=810021671642

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad        Line 1314
Request
https://www.simplemills.com/Store-Locator.aspx?
MM=panel2&PROD=810021671864%e2%80%8b

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad        Line 1314
Request
https://www.simplemills.com/Store-Locator.aspx?
MM=panel2&PROD=856069005001

Broken link: https://www.facebook.com/SimpleMills/ 400 Bad        Line 1314
Request

Broken link report for https://www.simplemills.com

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005018 | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1314 | |
| | https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005025 | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1314 | |
| | https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005032 | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1314 | |
| | https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005049 | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1314 | |
| | https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005056 | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1314 | |
| | https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005063 | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1314 | |
| | https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005094 | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1314 | |
| | https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005124 | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1314 | |
| | https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005131 | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1314 | |
| | https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005148 | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1314 | |
| | https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005155 | | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request | Line 1314 | |
| | https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005193 | | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005230 | Line 1314 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005278 | Line 1314 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005308 | Line 1314 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005407 | Line 1314 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005476 | Line 1314 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005513 | Line 1314 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005582 | Line 1314 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005599 | Line 1314 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005643 | Line 1314 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005650 | Line 1314 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005667 | Line 1314 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005742 | Line 1314 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005759 | Line 1314 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/Store-Locator.aspx?MM=panel2&PROD=856069005766 | Line 1314 | |
| | Broken link: https://www.facebook.com/SimpleMills/ 400 Bad Request<br>https://www.simplemills.com/terms-of-service.aspx | Line 1624 | |
| 🔴 | This link is broken. The page could not be found on the target web server. | Broken Link HTTP 404 | 56 pages |
| 🔴 | This link is broken. The src or href is an empty string. | Broken Link | 132 pages |
| 🔴 | This link is broken. The target anchor does not exist or is commented out. | Broken Link | 1 pages |
| 🔴 | This link may be broken. The target page has taken a long time to load and timed out. | Broken Link HTTP 504 | 2 pages |
| 🔴 | This link returns a 403 Forbidden HTTP status code. | Broken Link HTTP 403 | 9 pages |
| 🔴 | This page contains some spelling errors. | | 60 pages |

## Priority 2

1 issues on 1 pages

| 🟠 | This link requires a username and password because it returns a 401 status code. | Broken Link HTTP 401 | 1 pages |