This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | | Key |
|---|---|---|---|---|
| A | 🔴 | 🔴 | 🔴 | Pages with level A issues are unusable for some people |
| AA | 🟠 | 🟠 | 🟠 | Pages with level AA issues are very difficult to use |
| AAA | 🟡 | | 🟡 | Pages with level AAA issues can be difficult to use |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Level A

32 issues on 233 pages

| | | | |
|---|---|---|---|
| 🔴 | `<` in an unquoted attribute value. Probable cause: Missing `>` immediately before. | HTML5 WCAG 2.1 A 4.1.1 Section 508 (2017) A 4.1.1 | 2 pages |
| | https://www.simplemills.com/Products/Product/Fine-Ground-Sea-Salt-Almond-Flour-Crackers.aspx | Line 213 | |
| | https://www.simplemills.com/Products/Product/Honey-Cinnamon-Seed-Nut-Flour-Sweet-Thins.aspx | Line 213 | |
| 🔴 | `=` in an unquoted attribute value. Probable causes: Attributes running together or a URL query string in an unquoted attribute value. | HTML5 WCAG 2.1 A 4.1.1 Section 508 (2017) A 4.1.1 | 4 pages |
| | https://www.simplemills.com/Products/Product/Cheddar-Pop-Mmms-Baked-Snack-Crackers-Snack-Pack.aspx | Line 751 | |
| | https://www.simplemills.com/Products/Product/Fine-Ground-Sea-Salt-Almond-Flour-Crackers.aspx | Line 213 213 213 213 | |
| | https://www.simplemills.com/Products/Product/Honey-Cinnamon-Seed-Nut-Flour-Sweet-Thins.aspx | Line 213 213 213 213 | |
| | https://www.simplemills.com/Products/Product/Simple-Mills-Cheddar-Pop-Mmms-Baked-Snack-Crackers.aspx | Line 751 | |
| 🔴 | A `figure` with a `figcaption` must not have a `role` attribute. Remove the `role` attribute. | HTML5 ARIA 1.2 | 1 pages |
| | https://www.simplemills.com/Learn/Mission.aspx | Line 649 | |
| 🔴 | A video plays longer than 5 seconds, without a way to pause it. Remove the `autoplay` attribute or add a `controls` attribute. | WCAG 2.1 A 2.2.2 Section 508 (2017) A 2.2.2 | 1 pages |
| | https://www.simplemills.com/ | Line 4193 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
|  | All `fieldset` elements should be labeled with `legend` elements. | [WCAG 2.1 A H71](#) [Section 508 (2017) A H71](#) | 226 pages |
| | The first child element inside a `fieldset` must be a `legend` element, which provides a label or description for the group. `legend` elements in other positions may be ignored. | 1.3.1 3.3.2 | |
| | https://www.simplemills.com/ | Line [3933](#) | |
| | https://www.simplemills.com/Learn/FAQ.aspx | Line [625](#) | |
| | https://www.simplemills.com/Learn/Mission.aspx | Line [220](#) | |
| | https://www.simplemills.com/Learn/RegenerativeAgriculture.aspx | Line [220](#) | |
| | https://www.simplemills.com/Press-Room.aspx | Line [237](#) | |
| | https://www.simplemills.com/Products.aspx | Line [237](#) | |
| | https://www.simplemills.com/Products/Product/Crunchy-Chocolate-Chip-Cookies.aspx | Line [237](#) | |
| | https://www.simplemills.com/Products/Product/Honey-Cinnamon-Seed-Nut-Flour-Sweet-Thins.aspx | Line [290](#) | |
| | https://www.simplemills.com/Products/Product/Nut-Butter-Stuffed-Sandwich-Cookies-PB.aspx | Line [237](#) | |
| | https://www.simplemills.com/Products/Product/Peanut-Butter-Chocolate-Chip-Soft-Baked-Bars.aspx | Line [237](#) | |
| | https://www.simplemills.com/Products/Product/Simple-Mills-Cheddar-Pop-Mmms-Baked-Snack-Crackers.aspx | Line [237](#) | |
| | https://www.simplemills.com/Recipes.aspx | Line [238](#) | |
| | https://www.simplemills.com/Recipes/Chocolate-Chip-Nice-Cream.aspx | Line [220](#) | |
| | https://www.simplemills.com/Recipes/Sweet-Thins-Fruit-Tart.aspx | Line [220](#) | |
| | https://www.simplemills.com/Recipes/White-Chili-with-Almond-Flour-Crackers.aspx | Line [220](#) | |
| | https://www.simplemills.com/Resources/CA-Transparency-in-Supply-Chains-Act.aspx | Line [220](#) | |
| | https://www.simplemills.com/Resources/Privacy.aspx | Line [221](#) | |
| | https://www.simplemills.com/Resources/Privacy.aspx/ | Line [221](#) | |
| | https://www.simplemills.com/Store-Locator.aspx | Line [237](#) | |
| | https://www.simplemills.com/terms-of-service.aspx | Line [220](#) | |
| | This issue was found on another 206 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
|  | An element with `role=tab` must be contained in, or owned by, an element with `role=tablist` | HTML5 WCAG 2.1 A 1.3.1 Section 508 (2017) A 1.3.1 | 44 pages |

Roles that are part of composite structures like tables or tabs must be owned by the correct parent role. For example, `role=cell` elements must be owned by a `role=row` element.

| | | |
|---|---|---|
| Owner `role=region` https://www.simplemills.com/Products/Product/Brownie-Mix-New.aspx | Line 997 | |
| Owner `role=region` https://www.simplemills.com/Products/Product/Cheddar-Pop-Mmms-Baked-Snack-Crackers-Snack-Pack.aspx | Line 1055 | |
| Owner `role=region` https://www.simplemills.com/Products/Product/Cracked-Black-Pepper-Almond-Flour-Crackers.aspx | Line 998 | |
| Owner `role=region` https://www.simplemills.com/Products/Product/Crunchy-Chocolate-Chip-Cookies.aspx | Line 998 | |
| Owner `role=region` https://www.simplemills.com/Products/Product/Farmhouse-Cheddar-Almond-Flour-Crackers.aspx | Line 998 | |
| Owner `role=region` https://www.simplemills.com/Products/Product/Farmhouse-Cheddar-Almond-Flour-Cracker-Snack-Pack.aspx | Line 1001 | |
| Owner `role=region` https://www.simplemills.com/Products/Product/Fine-Ground-Sea-Salt-Almond-Flour-Crackers.aspx | Line 1052 | |
| Owner `role=region` https://www.simplemills.com/Products/Product/Fine-Ground-Sea-Salt-Almond-Flour-Cracker-Snack-Pa.aspx | Line 1000 | |
| Owner `role=region` https://www.simplemills.com/Products/Product/Himalayan-Salt-Veggie-Pita-Crackers.aspx | Line 996 | |
| Owner `role=region` https://www.simplemills.com/Products/Product/Honey-Cinnamon-Seed-Nut-Flour-Sweet-Thins.aspx | Line 1050 | |
| Owner `role=region` https://www.simplemills.com/Products/Product/Nut-Butter-Stuffed-Sandwich-Cookies-PB.aspx | Line 997 | |
| Owner `role=region` https://www.simplemills.com/Products/Product/Original-Organic-Seed-Flour-Crackers.aspx | Line 999 | |
| Owner `role=region` https://www.simplemills.com/Products/Product/Pancake-Waffle-Mix.aspx | Line 1004 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Owner `role=region` https://www.simplemills.com/Products/Product/Peanut-Butter-Chocolate-Chip-Soft-Baked-Bars.aspx | Line 998 | |
| | Owner `role=region` https://www.simplemills.com/Products/Product/Pumpkin-Muffin-Bread-Mix.aspx | Line 999 | |
| | Owner `role=region` https://www.simplemills.com/Products/Product/Rosemary-Sea-Salt-Almond-Flour-Crackers.aspx | Line 999 | |
| | Owner `role=region` https://www.simplemills.com/Products/Product/Simple-Mills-Cheddar-Pop-Mmms-Baked-Snack-Crackers.aspx | Line 1058 | |
| | Owner `role=region` https://www.simplemills.com/Products/Product/Simple-Mills-Pizza-Pop-Mmms-Baked-Snack-Crackers.aspx | Line 998 | |
| | Owner `role=region` https://www.simplemills.com/Products/Product/Sun-dried-Tomato-Basil-Almond-Flour-Crackers.aspx | Line 1000 | |
| | Owner `role=region` https://www.simplemills.com/Shop/Products/Banana-Muffin-Bread-Mix.aspx | Line 998 | |
| | This issue was found on another 24 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |
| 🔴 | Avoid animated images over 5 seconds long that can't be paused or stopped. | WCAG 2.1 A F7 Section 508 (2017) A F7 | 1 pages |
| 🔴 | Bad value for attribute `role`. | HTML5 WCAG 2.1 A 1.3.1 Section 508 (2017) A 1.3.1 | 226 pages |
| 🔴 | Body elements like `img` are not allowed in `noscript` before `body`. | HTML5 WCAG 2.1 A 4.1.1 Section 508 (2017) A 4.1.1 | 2 pages |
| 🔴 | Clickable controls should be keyboard accessible. | WCAG 2.1 A F15 Section 508 (2017) A F15 | 1 pages |
| 🔴 | Clickable controls should have an ARIA role. | WCAG 2.1 A F54 Section 508 (2017) A F54 | 1 pages |
| 🔴 | Document `title` must not be blank. | WCAG 2.1 A F25 Section 508 (2017) A F25 | 6 pages |
| 🔴 | Duplicate `id` - the same ID is used on more than one element. | HTML5 WCAG 2.1 A 4.1.1 Section 508 (2017) A 4.1.1 | 228 pages |
| 🔴 | Each `a` element must contain text or an `img` with an `alt` attribute. | WCAG 2.1 A F89 Section 508 (2017) A F89 | 226 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| 🔴 | Element `a` is missing one or more required attributes. | HTML5 ARIA 1.2<br>WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2 | 1 pages |
| 🔴 | Elements with `role=img` must have an accessible name. | WCAG 2.1 A F65<br>Section 508 (2017) A F65 | 1 pages |
| 🔴 | Figures and images in PDF documents should have non blank ALT text, except for decorative images which should be marked as artifacts. | WCAG 2.1 A F65<br>Section 508 (2017) A F65 | 2 pages |
| 🔴 | Headings should not be empty. | WCAG 2.1 A 1.3.1<br>Section 508 (2017) A 1.3.1 | 1 pages |
| 🔴 | HTML form control has no accessible name. | WCAG 2.1 A F68<br>Section 508 (2017) A F68 | 226 pages |
| 🔴 | Identify row and column headers in data tables using `th` elements, and mark layout tables with `role=presentation`. | WCAG 2.1 A F91<br>Section 508 (2017) A F91 | 2 pages |
| 🔴 | `iframe` and `frame` elements must have a `title` attribute. | WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2 | 1 pages |
| 🔴 | `img` elements must have an accessible name. | WCAG 2.1 A F65<br>Section 508 (2017) A F65 | 1 pages |
| 🔴 | Link uses general text like 'Click Here' with no surrounding text explaining link purpose. | WCAG 2.1 A F63<br>Section 508 (2017) A F63 | 117 pages |
| 🔴 | No space between attributes. | HTML5 WCAG 2.1 A 4.1.1<br>Section 508 (2017) A 4.1.1 | 2 pages |
| 🔴 | PDFs must be tagged to be accessible by screen readers. | WCAG 2.1 A 1.3.1<br>Section 508 (2017) A 1.3.1 | 2 pages |
| 🔴 | Quote `"` in attribute name. Probable cause: Matching quote missing somewhere earlier. | HTML5 WCAG 2.1 A 4.1.1<br>Section 508 (2017) A 4.1.1 | 1 pages |
| 🔴 | Several links on a page share the same link text and surrounding context, but go to different destinations. | WCAG 2.1 A F63<br>Section 508 (2017) A F63 | 3 pages |
| 🔴 | The `aria-checked` attribute must not be used on an `input` element with `type=radio` or `type=checkbox`. | HTML5 ARIA 1.2 | 1 pages |
| 🔴 | The `aria-controls` attribute must point to IDs of elements in the same document. | HTML5 WCAG 2.1 A 1.3.1<br>Section 508 (2017) A 1.3.1<br>ARIA 1.2 | 46 pages |
| 🔴 | The `aria-labelledby` attribute must point to IDs of elements in the same document. | HTML5 WCAG 2.1 A 1.3.1<br>Section 508 (2017) A 1.3.1<br>ARIA 1.2 | 1 pages |
| 🔴 | The element `main` must not appear as a descendant of the `fieldset` element. | HTML5 WCAG 2.1 A 4.1.1<br>Section 508 (2017) A 4.1.1 | 226 pages |
| 🔴 | Use the `lang` attribute to identify the language of the page. | WCAG 2.1 A 3.1.1<br>Section 508 (2017) A 3.1.1 | 1 pages |

## Level AA

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | 4 issues on 226 pages | | |
| 🟠 | Cannot use `aria-label` or `aria-labelledby` on elements and roles that prohibit naming. | [HTML5 ARIA 1.2](#) | 226 pages |
| 🟠 | Ensure that text and background colors have enough contrast. | [WCAG 2.1 AA 1.4.3](#)<br>[Section 508 (2017) AA 1.4.3](#) | 15 pages |
| 🟠 | If you set any of the colors on the `body` or `a` elements you must set all of them. | [WCAG 2.1 AA F24](#)<br>[Section 508 (2017) AA F24](#) | 24 pages |
| 🟠 | The CSS outline or border style on this element makes it difficult or impossible to see the dotted link focus outline. | [WCAG 2.1 AA F78](#)<br>[Section 508 (2017) AA F78](#) | 2 pages |

## Level AAA

6 issues on 226 pages

| | | | |
|---|---|---|---|
| ◐ | Avoid specifying a new window as the target of a link using JavaScript. | [WCAG 2.1 AAA F22](#) | 1 pages |
| ◐ | Avoid specifying a new window as the target of a link with `target=_blank`. | [WCAG 2.1 AAA F22](#) | 226 pages |
| ◐ | Don't use CSS animations or transitions in interactions without giving the user a way to turn them off. | [WCAG 2.1 2.3.3](#) | 27 pages |
| ◐ | Ensure that text and background colors have a 7:1 contrast ratio. | [WCAG 2.1 AAA 1.4.6](#) | 27 pages |
| ◐ | Link uses general text like 'Click Here' which doesn't explain link purpose. | [WCAG 2.1 AAA F84](#) | 118 pages |
| ◐ | Several links on a page share the same link text, but go to different destinations. | [WCAG 2.1 AAA 2.4.9](#) | 7 pages |

## Informative

These messages are for information only and do not indicate errors or conformance problems

| | | | |
|---|---|---|---|
| ○ | `role` is ignored on this element. | [ARIA 1.2 Role Conflict](#) | 226 pages |