| Category | Issues | Pages | Benchmark |
|---|---|---|---|
| Overall Quality | 🟥 | 296 pages with quality issues | ❌ 25% have issues, worse than average |
| [Errors](#) | 🟥 | 296 pages with broken links or other errors | ❌ 25% have issues, worse than average |
| [Accessibility](#) | 🟥 | 296 pages with accessibility problems | ❌ 25% have issues, worse than average |
| [Compatibility](#) | ▏ | 45 pages with browser specific issues | ✅ 4% have issues, better than average |
| [Standards](#) | 🟥 | 296 pages have W3C standards issues | ❌ 25% have issues, worse than average |
| Totals | | 1186 pages and files checked | |