Broken link report for https://www.daveskillerbread.com

This tab shows site quality issues, including broken links and server configuration problems.

⊗ **Broken links - Some pages contain links that don't work.**

⊗ **Server configuration - Issues found.**

✓ ASP, ASP.NET and PHP script errors - No issues found.

✓ Internet RFCs - No issues found.

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|

# Priority 1

8 issues on 296 pages

🔴 This `img` links to a file with the wrong MIME type for an image.

This can happen if you link an image to an HTML page, or the image is missing and an error page is returned instead.

Image: https://www.facebook.com/tr?id=1270465999758766&ev=PageView&noscript=1 file type is: text/plain.
https://www.daveskillerbread.com/

Server Configuration

256 pages

Line 1156

Image: https://www.facebook.com/tr?id=1270465999758766&ev=PageView&noscript=1 file type is: text/plain.
https://www.daveskillerbread.com/100-whole-wheat

Line 245

Image: https://www.facebook.com/tr?id=1270465999758766&ev=PageView&noscript=1 file type is: text/plain.
https://www.daveskillerbread.com/21-whole-grains-and-seeds

Line 245

Image: https://www.facebook.com/tr?id=1270465999758766&ev=PageView&noscript=1 file type is: text/plain.
https://www.daveskillerbread.com/21-whole-grains-and-seeds-thin-sliced

Line 245

Image: https://www.facebook.com/tr?id=1270465999758766&ev=PageView&noscript=1 file type is: text/plain.
https://www.daveskillerbread.com/donations

Line 237

Image: https://www.facebook.com/tr?id=1270465999758766&ev=PageView&noscript=1 file type is: text/plain.
https://www.daveskillerbread.com/faqs

Line 242

Image: https://www.facebook.com/tr?id=1270465999758766&ev=PageView&noscript=1 file type is: text/plain.
https://www.daveskillerbread.com/good-seed

Line 245

Image: https://www.facebook.com/tr?id=1270465999758766&ev=PageView&noscript=1 file type is: text/plain.
https://www.daveskillerbread.com/good-seed-thin-sliced

Line 245

Image: https://www.facebook.com/tr?id=1270465999758766&ev=PageView&noscript=1 file type is:

Line 242

Accessibility report for https://www.daveskillerbread.com/

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|

text/plain.
https://www.daveskillerbread.com/history

Image: https://www.facebook.com/tr?
id=1270465999758766&ev=PageView&noscript=1 file type is:
text/plain.
https://www.daveskillerbread.com/locator — Line 234

Image: https://www.facebook.com/tr?
id=1270465999758766&ev=PageView&noscript=1 file type is:
text/plain.
https://www.daveskillerbread.com/media-center — Line 231

Image: https://www.facebook.com/tr?
id=1270465999758766&ev=PageView&noscript=1 file type is:
text/plain.
https://www.daveskillerbread.com/nutrition — Line 234

Image: https://www.facebook.com/tr?
id=1270465999758766&ev=PageView&noscript=1 file type is:
text/plain.
https://www.daveskillerbread.com/oats-and-blues — Line 245

Image: https://www.facebook.com/tr?
id=1270465999758766&ev=PageView&noscript=1 file type is:
text/plain.
https://www.daveskillerbread.com/powerseed — Line 245

Image: https://www.facebook.com/tr?
id=1270465999758766&ev=PageView&noscript=1 file type is:
text/plain.
https://www.daveskillerbread.com/products — Line 245

Image: https://www.facebook.com/tr?
id=1270465999758766&ev=PageView&noscript=1 file type is:
text/plain.
https://www.daveskillerbread.com/recipes — Line 247

Image: https://www.facebook.com/tr?
id=1270465999758766&ev=PageView&noscript=1 file type is:
text/plain.
https://www.daveskillerbread.com/secondchances — Line 231

Image: https://www.facebook.com/tr?
id=1270465999758766&ev=PageView&noscript=1 file type is:
text/plain.
https://www.daveskillerbread.com/supreme-sourdough — Line 245

Image: https://www.facebook.com/tr?
id=1270465999758766&ev=PageView&noscript=1 file type is:
text/plain.
https://www.daveskillerbread.com/white-bread-done-right — Line 245

Image: https://www.facebook.com/tr?
id=1270465999758766&ev=PageView&noscript=1 file type is:
text/plain.
https://www.daveskillerbread.com/white-bread-done-right-thin-sliced — Line 245

This issue was found on another 236 pages. You can change the
number of pages shown for each issue using the Options menu
command in the desktop edition or the Edit Scan button in the
OnDemand edition.

● This link is broken. The link target could not be loaded due to an HTTP error.    Broken Link HTTP    9 pages

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| This is sometimes a temporary problem, but if it persists it indicates a serious problem on your web server. | | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/ | Line 2036 3983 | |
| Broken link: blob:https://www.daveskillerbread.com/373281a4-8658-4023-bc7c-5e9fccb42c14 503 Server Unavailable<br>https://www.daveskillerbread.com/ | Line 1386 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/100-whole-wheat | Line 4597 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/100-whole-wheat-thin-sliced | Line 4125 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/21wgs-burger-buns | Line 4642 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/21wgs-sandwich-rolls | Line 5419 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/21-whole-grains-and-seeds | Line 4825 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/21-whole-grains-and-seeds-thin-sliced | Line 4827 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/amped-up-blueberry-almond-butter-protein-bars | Line 3278 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/amped-up-chocolate-chip-cookie-dough-protein-bars | Line 3117 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/amped-up-double-chocolate-chunk-protein-bars | Line 3117 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/amped-up-peanut-butter-chocolate-chunk-protein-bars | Line 3278 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/apple-cinnamon-crisp-organic-breakfast-bars | Line 3117 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/bold-buffalo-snack-bites | Line 3274 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 3268 | |

**Priority Description and URL**  **Guideline and Line#**  **Count**

https://www.daveskillerbread.com/boomin-berries-bagels

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 3117
https://www.daveskillerbread.com/boomin-blueberry-muffin-organic-breakfast-bars

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 7119
https://www.daveskillerbread.com/brand-coverage

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 4878
https://www.daveskillerbread.com/burger-buns-done-right

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 2509
https://www.daveskillerbread.com/careers

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 1923
https://www.daveskillerbread.com/cart

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 3264
https://www.daveskillerbread.com/cinnamon-raisin-remix-bagels

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 3274
https://www.daveskillerbread.com/cinna-roll-snack-bites

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 3295
https://www.daveskillerbread.com/cocoa-brownie-blitz-snack-bars

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 2260
https://www.daveskillerbread.com/contact

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 3117
https://www.daveskillerbread.com/cravin-chocolate-chip-organic-snack-bars

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 3117
https://www.daveskillerbread.com/crushin-caramel-chocolate-organic-snack-bars

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 2793
https://www.daveskillerbread.com/donations

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 4595
https://www.daveskillerbread.com/epic-everything-bagels

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 3275
https://www.daveskillerbread.com/epic-everything-snack-bites

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 3220
https://www.daveskillerbread.com/faqs

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request   Line 4828

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| https://www.daveskillerbread.com/good-seed | | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/good-seed-thin-sliced | Line 4874 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/history | Line 3973 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/honey-nut-snack-bites | Line 3274 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/killer-classic-muffins | Line 3265 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/killer-classic-rolls | Line 3120 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/locator | Line 2799 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/media-center | Line 3266 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/news/challenges-stigma-of-criminal-backgrounds | Line 2510 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/news/daves-killer-bread-breaks-into-breakfast | Line 2484 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/news/daves-killer-bread-brings-back-oats-amp-blues-loaf | Line 2530 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/news/daves-killer-bread-smashes-taste-budswith-new-epic-everything-organic-breakfast-bread | Line 2515 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/news/dkb-launches-outta-this-world-english-muffins | Line 2517 | |
| Broken link: https://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fwww.daveskillerbread.com%2F&esheet=51928153&newsitemid=20190121005045&lan=en-US&anchor=http%3A%2F%2Fwww.daveskillerbread.com%2F&index=1&md5=ed1dd4dfdf480f522e35ae7b213ebbd1 503 Server Unavailable<br>https://www.daveskillerbread.com/news/dkb-launches-outta-this-world-english-muffins | Line 2128 | |
| Broken link: https://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fwww.dkbfoundation.org&esheet=51928153&newsitemid=20190121005045&lan=en-US&anchor=http%3A%2F%2Fwww.dkbfoundation.org&index=2&md5=c2d94b424a3510e4a8a2cdbf8bde0d41 503 Server Unavailable | Line 2130 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| https://www.daveskillerbread.com/news/dkb-launches-outta-this-world-english-muffins | | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/news/dkb-ups-the-grill-game-with-new-organic-buns | Line 2501 | |
| Broken link: https://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fwww.daveskillerbread.com%2F&esheet=52213619&newsitemid=20200504005513&lan=en-US&anchor=http%3A%2F%2Fwww.daveskillerbread.com%2F&index=1&md5=c3bbdd497181d921210733bd02e4520c<br>503 Server Unavailable<br>https://www.daveskillerbread.com/news/dkb-ups-the-grill-game-with-new-organic-buns | Line 2118 | |
| Broken link: https://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fwww.dkbfoundation.org&esheet=52213619&newsitemid=20200504005513&lan=en-US&anchor=http%3A%2F%2Fwww.dkbfoundation.org&index=2&md5=332dc39dc4a0705671fd213f27ba6bb1<br>503 Server Unavailable<br>https://www.daveskillerbread.com/news/dkb-ups-the-grill-game-with-new-organic-buns | Line 2120 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/news/dkb-ups-the-grill-game-with-new-organic-buns-zfx3c | Line 2496 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/news/extends-bagel-line-at-expo-west | Line 2489 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/news/joins-criminal-background-hiring-study | Line 2482 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/news/powerful-nutrition-in-new-thin-sliced | Line 2490 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/nutrition | Line 4639 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/oatrageous-honey-almond-snack-bars | Line 3279 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/oats-and-blues | Line 3097 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/oats-and-blues-thin-sliced | Line 3099 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/pb-chocolate-snack-bites | Line 3275 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/plain-awesome-bagels | Line 3271 | |

Accessibility report for https://www.daveskillerbread.com/

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/powerseed | Line 4120 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/powerseed-thin-sliced | Line 3930 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/press-releases | Line 5006 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/products | Line 7666 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/protein-bars | Line 4052 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/raisin-the-roof | Line 4834 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes | Line 4985 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/after-school-grilled-cheese-rollups | Line 2506 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/air-fried-double-cheese-bagel | Line 2508 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/air-fryer-berry-custard-toast | Line 2530 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/air-fryer-smores-done-right | Line 2508 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/baked-egg-buns-with-pesto | Line 2518 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/banana-milk-toast | Line 2536 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/bananas-for-peanut-butter-sando | Line 2510 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/blackberry-basil-hot-honey | Line 2514 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/blackberry-goat-cheese-bagel | Line 2498 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-223a9 | Line 2629 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-k26hw | Line 2538 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-m2c43 | Line 2552 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-m2c43-2swe4 | Line 2534 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-m2c43-2swe4-t6pgg-3wjk5 | Line 2518 | |
| Broken link: https://www.daveskillerbread.com/recipes/tag/100%25+Whole+Wheat 500 Internal Server Error https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-m2c43-2swe4-t6pgg-ap9yb-sphgk | Line 2373 | |
| Broken link: https://www.daveskillerbread.com/recipes/tag/100%25Whole+Wheat+Thin-Sliced 500 Internal Server Error https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-m2c43-2swe4-t6pgg-ap9yb-sphgk | Line 2377 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-m2c43-2swe4-t6pgg-ap9yb-sphgk | Line 2718 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-m2c43-2swe4-t6pgg-ap9yb-sphgk-seenh | Line 2752 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-m2c43-2swe4-t6pgg-ap9yb-sphgk-th6h8 | Line 2524 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-m2c43-2swe4-t6pgg-ap9yb-sphgk-xwyht | Line 2516 | |
| Broken link: https://www.daveskillerbread.com/recipes/tag/100%25+Whole+Wheat 500 Internal Server Error | Line 2411 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-m2c43-2swe4-t6pgg-ap9yb-sphgk-znts9 | | |
| Broken link: https://www.daveskillerbread.com/recipes/tag/100%25Whole+Wheat+Thin-Sliced 500 Internal Server Error https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-m2c43-2swe4-t6pgg-ap9yb-sphgk-znts9 | Line 2419 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-m2c43-2swe4-t6pgg-ap9yb-sphgk-znts9 | Line 2760 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-m2c43-2swe4-t6pgg-ap9yb-sphgk-zrgj3 | Line 2540 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/blog-post-title-two-p8y86-4xsn9-d378s-83h9j-m2c43-ts23p | Line 2655 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/bltagafe | Line 2512 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/blueberry-lemon-bread-pudding | Line 2566 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/bodacious-plant-based-benedict | Line 2578 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/bold-buffalo-snack-bite-chickpea-salad | Line 2522 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/buffalo-chicken-sando | Line 2536 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/build-your-own-sliders | Line 2562 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/build-your-own-thanksgiving-sliders | Line 2512 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/burger-buns-done-right-french-toast | Line 2540 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/capicola-crunch-sub | Line 2550 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/caprese-egg-bake | Line 2735 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/category/Bacon | Line 2760 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/category/Breakfast | Line 3184 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/category/Chicken | Line 2760 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/category/Dessert | Line 5031 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/category/Dinner | Line 5031 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/category/Lunch | Line 5031 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/category/Sandwich | Line 5021 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/category/Side | Line 5031 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/category/Sliders | Line 2706 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/category/Snack | Line 3280 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/category/Sweet | Line 2428 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/category/Toast | Line 3156 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/category/Vegan | Line 2452 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/category/Vegetarian | Line 3600 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/cheddar-ranch-chicken-bacon-melt | Line 2678 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2598 | |

**Priority Description and URL**  |  **Guideline and Line#**  |  **Count**

https://www.daveskillerbread.com/recipes/cheeseburger-pickle-sliders

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/cheeseburger-slider-cups

Line 2550

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/chicken-caesar-brunch-
sandwiches

Line 2590

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/chicken-caesar-salad-roll

Line 2548

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/chickpea-salad-melt

Line 2540

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/chili-roasted-sweet-potato-
recipe

Line 2700

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/cinnamon-toast-pbj

Line 2703

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/cinna-roll-chia-pudding

Line 2520

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/classic-reuben-sandwich

Line 2568

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/corned-beef-egg-cups

Line 2540

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/crispy-buttermilk-fried-
chicken-breakfast-bagel

Line 2573

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/crispy-prosciutto-caprese

Line 2508

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/cucumber-and-avocado-
sandwich

Line 2530

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/daves-apple-toasts

Line 2498

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/daves-chopped-italian-
sandwich

Line 2536

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/daves-killer-smash-burgers

Line 2544

**Priority Description and URL**                                    **Guideline and Line#**          **Count**

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/deli-style-club-sandwich          Line 2532

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/easy-breakfast-sandwich-          Line 2524
dkb-style

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/easy-holiday-spice-rock-n-          Line 2568
cinnamon-rolls

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/eggcelent-english-muffin          Line 2522

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/egg-in-a-burger          Line 2552

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/egg-in-a-frame          Line 2674

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/eggnog-bread-pudding          Line 2538

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/egg-souffle-breakfast-          Line 2574
sandwich

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/eggstreme-bagelwich          Line 2504

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/epic-everything-chicken-          Line 2538
soup

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/epic-everything-cottage-          Line 2504
cheese-protein-bowl

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/epic-everything-killer-          Line 2542
stuffing

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/fancy-fall-grilled-cheese          Line 2528

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/filet-o-daves          Line 2586

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/recipes/five-minute-hot-apple-          Line 2528
crumble

Broken link report for https://www.daveskillerbread.com/

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link:<br>https://www.daveskillerbread.com/recipes/tag/100%25+Whole+Wheat<br>500 Internal Server Error<br>https://www.daveskillerbread.com/recipes/freezer-french-toast-sticks | Line 2174 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/freezer-french-toast-sticks | Line 2515 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/french-toast-breakfast-sandwiches | Line 2540 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/game-day-jalapeno-popper-roll-ups | Line 2528 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/griddled-breakfast-burger | Line 2534 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/grilled-chicken-pesto-melt | Line 2702 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/grilled-grated-egg-sando | Line 2536 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/grilled-jalapeno-crunch | Line 2512 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/grilled-peach-sando | Line 2524 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/grilled-turkey-pepper-jack-sandwich | Line 2674 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/grilled-veggie-sandwich-with-pesto-feta-mayo | Line 2587 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/ham-and-gruyere-sliders | Line 2568 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/ham-and-swiss-breakfast-sandwich | Line 2536 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/holiday-compound-butters | Line 2542 | |
| Broken link:<br>https://www.daveskillerbread.com/recipes/tag/100%25+Whole+Wheat<br>500 Internal Server Error | Line 2189 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| https://www.daveskillerbread.com/recipes/homemade-whole-wheat-croutons | | |
| Broken link: https://www.daveskillerbread.com/recipes/tag/100%25Whole+Wheat+Thin-Sliced 500 Internal Server Error https://www.daveskillerbread.com/recipes/homemade-whole-wheat-croutons | Line 2193 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/homemade-whole-wheat-croutons | Line 2534 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/honey-mustard-meltdown | Line 2518 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/hot-honey-chicken-salad | Line 2536 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/jalapeno-beer-cheese-dip | Line 2536 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/jalapeo-popper-grilled-cheese | Line 2688 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/kick-it-up-a-beet-burger | Line 2510 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/killer-bagel-chips | Line 2520 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/killer-classic-club | Line 2518 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/killer-classic-reuben | Line 2550 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/killer-copycat-21-guys-burger | Line 2522 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/killer-copycat-big-dave-burger | Line 2522 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/killer-copycat-castle-burgers | Line 2554 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/killercopycatfriedcauliflowersandwich | Line 2652 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2588 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| https://www.daveskillerbread.com/recipes/killer-copycat-no-animal-style-saucy-burger | | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/killer-kaleslaw | Line 2516 | |
| Broken link: https://www.daveskillerbread.com/recipes/tag/100%25+Whole+Wheat 500 Internal Server Error<br>https://www.daveskillerbread.com/recipes/killer-pumpkin-stuffed-french-toast | Line 2210 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/killer-pumpkin-stuffed-french-toast | Line 2558 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/killer-salmon-burger | Line 2584 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/kimchi-philly-melt | Line 2566 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/lil-amped-up-banana-splits | Line 2510 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/mini-french-toasts | Line 2532 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/not-your-basic-burger | Line 2524 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/oat-rageous-apple-nachos | Line 2512 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/oat-rageous-honey-almond-bar-fait | Line 2508 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/open-faced-sammie-1 | Line 2546 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/peanut-butter-and-jelly-remixes | Line 2560 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/pear-chutney-cheese-toast | Line 2594 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request<br>https://www.daveskillerbread.com/recipes/pepperoni-pizza-pull-aparts | Line 2519 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2570 | |

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|

https://www.daveskillerbread.com/recipes/pesto-chicken-mozzarella-sliders

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2574 |
https://www.daveskillerbread.com/recipes/pickled-carrot-and-hummus-sandwich

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2512 |
https://www.daveskillerbread.com/recipes/pizza-bombs

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2528 |
https://www.daveskillerbread.com/recipes/power-veggie-sandwich

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2542 |
https://www.daveskillerbread.com/recipes/pulled-jackfruit-sandwiches

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2566 |
https://www.daveskillerbread.com/recipes/pulled-pork-sliders

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2580 |
https://www.daveskillerbread.com/recipes/pumpkin-bread-pudding

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2532 |
https://www.daveskillerbread.com/recipes/quadruple-b

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2541 |
https://www.daveskillerbread.com/recipes/raisin-the-roof-eggnog-french-toast-casserole

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2513 |
https://www.daveskillerbread.com/recipes/raisin-the-roof-fig-toast

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2521 |
https://www.daveskillerbread.com/recipes/raisin-the-roof-fig-toast-h36p6

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2526 |
https://www.daveskillerbread.com/recipes/raisin-the-roof-grilled-cheese

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2578 |
https://www.daveskillerbread.com/recipes/roasted-peach-and-gouda-grilled-cheese

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2564 |
https://www.daveskillerbread.com/recipes/roasted-root-vegetable

Broken link: https://momsmeet.com/recipes/roasted-root-vegetable/ 522 <none> | Line 2081 |
https://www.daveskillerbread.com/recipes/roasted-root-vegetable

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2538 |
https://www.daveskillerbread.com/recipes/rockin-fluffernutter-sliders

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/rockin-grains-vital-farms-soft-boiled-eggs | Line 2534 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/sausage-and-beef-breakfast-burgers | Line 2554 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/savory-air-fryer-grilled-cheese | Line 2510 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/scrumptiously-spooky-sliders | Line 2518 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/sheet-pan-turkey-pesto-sliders | Line 2510 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/sloppy-joes-for-one | Line 2536 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/spicy-buffalo-ranch-blt | Line 2522 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/spicy-mayo-blt | Line 2524 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/strawberry-brie-grilled-cheese-sandwich | Line 2727 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/strawberry-cream-cheese-french-toast-roll-ups | Line 2540 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/strawberry-farmers-market-toast | Line 2516 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/strawberry-shortbuns | Line 2524 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/street-corn-grilled-cheese | Line 2530 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/sun-dried-tomato-pesto-picnic-sandwich | Line 2572 | |

Broken link report for https://www.daveskillerbread.com/

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request
https://www.daveskillerbread.com/recipes/super-stacked-tomato-bagel-sandwich    Line 2530

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request
https://www.daveskillerbread.com/recipes/sweet-air-fryer-grilled-cheese    Line 2506

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request
https://www.daveskillerbread.com/recipes/sweet-and-savory-cinnamon-raisin-breakfast-sandwich    Line 2515

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request
https://www.daveskillerbread.com/recipes/sweet-and-savory-grilled-cheese    Line 2516

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request
https://www.daveskillerbread.com/recipes/tag/21+Whole+Grains+and+Seeds    Line 3778

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request
https://www.daveskillerbread.com/recipes/tag/21+Whole+Grains+and+Seeds+Burger+Buns    Line 3548

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request
https://www.daveskillerbread.com/recipes/tag/21+Whole+Grains+and+Seeds+Sandwich+Rolls    Line 2974

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request
https://www.daveskillerbread.com/recipes/tag/21+Whole+Grains+and+Seeds+Thin-Sliced    Line 3304

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request
https://www.daveskillerbread.com/recipes/tag/Amped-Up+Organic+Protein+Bars    Line 2438

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request
https://www.daveskillerbread.com/recipes/tag/Bold+Buffalo+Snack+Bites    Line 2438

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request
https://www.daveskillerbread.com/recipes/tag/Boomin%27+Berry+Bagel    Line 2438

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request
https://www.daveskillerbread.com/recipes/tag/Burger+Buns+Done+Right%E2%84%A2    Line 3950

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request
https://www.daveskillerbread.com/recipes/tag/Cinna+Roll+Snack+Bites    Line 2438

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request
https://www.daveskillerbread.com/recipes/tag/Cinnamon+Raisin+Remix%C2%AE+Bagels    Line 2440

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request
https://www.daveskillerbread.com/recipes/tag/Epic+Everything%C2%AE+Bagels    Line 2932

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/Epic+Everything%C2%AE+Breakfast+Bread | Line 2392 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/Epic+Everything+Snack+Bites | Line 2572 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/Good+Seed | Line 3616 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/Good+Seed+Thin-Sliced | Line 3156 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/Killer+Classic%C2%AE+English+Muffins | Line 2576 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/Killer+Classic+Rolls%E2%84%A2 | Line 2438 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/Oats+%27N%27+Blues | Line 2416 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/Organic+Snack+Bars | Line 2706 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/Plain+Awesome+Bagel | Line 2660 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/PowerSeed | Line 2576 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/PowerSeed+Thin+Sliced | Line 2576 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/Raisin%27The+Roof%21+Breakfast+Bread | Line 3402 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/Righteous+Rye | Line 2936 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/Rock+%27N%27+Rolls%C2%AE | Line 4046 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/Rockin%27+Grains%C2%AE+English+Muffins | Line 2800 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes/tag/Sandwich+Rolls+Done+Right | Line 3108 | |
| | Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request | Line 2860 | |

**Priority Description and URL**                                        **Guideline and Line#**          **Count**

https://www.daveskillerbread.com/recipes/tag/Sprouted+Whole+Grains+Thin-Sliced

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad     Line 2464
Request
https://www.daveskillerbread.com/recipes/tag/Sweet%21+Oats+%26+Flax

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad     Line 4742
Request
https://www.daveskillerbread.com/recipes/tag/White+Bread+Done+Right

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad     Line 2545
Request
https://www.daveskillerbread.com/recipes/thanksgiving-leftover-club-sando

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad     Line 2540
Request
https://www.daveskillerbread.com/recipes/the-looney-tuney

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad     Line 2504
Request
https://www.daveskillerbread.com/recipes/the-showstopper-deluxe

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad     Line 2728
Request
https://www.daveskillerbread.com/recipes/tomato-soup-with-garlic-bread-toasted-cheese-sandwiches

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad     Line 2727
Request
https://www.daveskillerbread.com/recipes/turkey-bacon-cranberry-sandwich

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad     Line 2502
Request
https://www.daveskillerbread.com/recipes/turkey-cheese-popsicle

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad     Line 2711
Request
https://www.daveskillerbread.com/recipes/turkey-cranberry-meatballs

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad     Line 2516
Request
https://www.daveskillerbread.com/recipes/turkey-sandwich-skewers

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad     Line 2522
Request
https://www.daveskillerbread.com/recipes/ultimate-brunch-salmon-sliders-with-creamy-herb-spread

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad     Line 2520
Request
https://www.daveskillerbread.com/recipes/vegan-blt-on-rye

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad     Line 2517
Request
https://www.daveskillerbread.com/recipes/veggie-to-the-max

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad     Line 2534
Request
https://www.daveskillerbread.com/recipes/very-blta-english-muffin

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad     Line 2895
Request
https://www.daveskillerbread.com/recipes?offset=1413151620599&category=Dinner

Broken link report for https://www.daveskillerbread.com/

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1413332580896 | Line 3463 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1413385080291&category=Sandwich | Line 3451 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1468530240969&category=Lunch | Line 4143 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1468868280032 | Line 5113 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1499957880311&category=Dinner | Line 5185 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1602453446825&category=Sandwich | Line 5221 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1602454218168&category=Lunch | Line 5197 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1616629100794 | Line 5149 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1653598681707&category=Dinner | Line 5113 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1668108003456&category=Sandwich | Line 5077 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1685490725108 | Line 4621 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1709303439488 | Line 4129 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1710783598598&category=Lunch | Line 5085 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1724692412177&category=Dinner | Line 5053 | |

Document report for https://www.daveskillerbread.com/

| Priority Description and URL | Guideline and Line# | Count |
|---|---|---|
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1727363085144 | Line 5003 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1727363085144&category=Dessert | Line 4495 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1727363085144&category=Side | Line 4495 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1744153330456&category=Dinner | Line 5049 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/recipes?offset=1744153336820 | Line 5049 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/rockin-grains-muffins | Line 3266 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/rock-n-rolls | Line 4833 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/sandwich-rolls-done-right | Line 5658 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/sce/ashley | Line 2406 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/sce/crystal | Line 2411 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/sce/drew | Line 2415 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/sce/elizabeth | Line 2411 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/sce/emily | Line 2417 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/sce/folo | Line 2425 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/sce/frankie | Line 2415 | |
| Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad Request https://www.daveskillerbread.com/sce/heather | Line 2409 | |

Case 1:26-cv-00649    Document 1-6    Filed 01/26/26    Page 23 of 24

**Priority** | **Description and URL** | **Guideline and Line#** | **Count**

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/sce/jamey
Line 2413

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/sce/mark
Line 2409

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/sce/martin
Line 2388

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/sce/melissa
Line 2417

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/sce/rahsaan
Line 2415

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/sce/russ
Line 2386

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/secondchances
Line 3699

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/sprouted-whole-grains-thin-sliced
Line 4362

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/strawberry-crumble-organic-
breakfast-bars
Line 3117

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/supreme-sourdough
Line 3239

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/toasted-garlic-snack-bites
Line 3275

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/white-bread-done-right
Line 4880

Broken link: https://www.facebook.com/DavesKillerBread/ 400 Bad
Request
https://www.daveskillerbread.com/white-bread-done-right-thin-sliced
Line 4830

| | Description | Guideline | Count |
|---|---|---|---|
| ● | This link is broken. The name of the target web server not found in DNS. | Broken Link | 1 pages |
| ● | This link is broken. The page could not be found on the target web server. | Broken Link HTTP 404 | 12 pages |
| ● | This link is broken. The url scheme is unrecognized. | Broken Link | 1 pages |
| ● | This link may be broken. The target page has taken a long time to load and timed out. | Broken Link HTTP 504 | 1 pages |
| ● | This link returns a 403 Forbidden HTTP status code. | Broken Link HTTP 403 | 7 pages |

Broken link report for https://www.davidserbread.com

| Priority | Description and URL | Guideline and Line# | Count |
|----------|---------------------|---------------------|-------|
| 🔴 | This page contains some spelling errors. | | 123 pages |

## Informative

These messages are for information only and do not indicate errors or conformance problems

| | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| ⭕ | Some links were not visited because they were blocked by a robots.txt file or robots meta tag. | Blocked Links | 26 pages |