This tab shows accessibility issues, indicating problems for older users, people with disabilities or accessibility needs. Automated testing cannot detect all accessibility issues, so should be used alongside human testing.

| Level | WCAG 2.1 | Section 508 - 2017 | | Key |
|---|---|---|---|---|
| A | 🔴 | 🔴 | 🔴 | Pages with level A issues are unusable for some people |
| AA | 🟠 | 🟠 | 🟠 | Pages with level AA issues are very difficult to use |
| AAA | 🟡 | | 🟡 | Pages with level AAA issues can be difficult to use |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Level A

12 issues on 296 pages

🔴   `alt` text should not be an image file name.    WCAG 2.1 A F30    70 pages
                                                     Section 508 (2017) A F30

Change the `alt` text to a description of the image.    1.1.1

`alt='kroger-logo-white-small.png'`    Line 2470 2515 2605 2650
`alt='southeastern_grocers_white_logo.png'` `alt='Wakefern-`    2695 ...
`Logo-White-300.png'` `alt='giant.png'` `alt='giantcorp.png'`
https://www.daveskillerbread.com/21wgs-sandwich-rolls

`alt='5.5+mil+sandwiches+2019_1121a-01.png'`    Line 2448
https://www.daveskillerbread.com/donations

`alt='NonGMO-color.png'` `alt='USDA-symbol-web.png'`    Line 2313 2498
https://www.daveskillerbread.com/faqs

`alt='Killer-Classic-Mockup-Cutout-2019_1213a.gif'`    Line 2021 2837
`alt='Killer_Classic_EM2.gif'`
https://www.daveskillerbread.com/killer-classic-muffins

`alt='10%+off.png'`    Line 2548
https://www.daveskillerbread.com/locator

`alt='Group2-loavestoslices-original.jpg'`    Line 2383 2583 2967
`alt='Powerseed_Deli_1.jpg'` `alt='Media-Center-Thumbnail-`
`Images-2021_0709a.jpg'`
https://www.daveskillerbread.com/media-center

`alt='WBDR-TS-uncropped-web+rotated.jpg'`    Line 3757 4024 4291 4558
`alt='Face+Photo+Montage+Options+1.jpg'` `alt='circles-`
`01.png'`
`alt='Real+Breakfast+Group+Photo+2017.04.17+White.jpg'`
https://www.daveskillerbread.com/press-releases

`alt='beast.jpeg'`    Line 2041
https://www.daveskillerbread.com/recipes/blog-post-title-two-
p8y86-4xsn9-d378s-83h9j-m2c43-2swe4-t6pgg-ap9yb-sphgk-
th6h8

`alt='pumkpie.jpeg'`    Line 2041
https://www.daveskillerbread.com/recipes/blog-post-title-two-

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | p8y86-4xsn9-d378s-83h9j-m2c43-ts23p | | |
| | alt='croutons.jpeg' https://www.daveskillerbread.com/recipes/homemade-whole-wheat-croutons | Line 2041 | |
| | alt='Killer-Club.jpg' https://www.daveskillerbread.com/recipes/killer-classic-club | Line 2041 | |
| | alt='pear.jpeg' https://www.daveskillerbread.com/recipes/pear-chutney-cheese-toast | Line 2041 | |
| | alt='strawb.jpeg' https://www.daveskillerbread.com/recipes/strawberry-cream-cheese-french-toast-roll-ups | Line 2033 | |
| | alt='Very_Veg.jpg' https://www.daveskillerbread.com/recipes/veggie-to-the-max | Line 2041 | |
| | alt='Rockin-Grains-Mockup-Cutout-2019_1213a.gif' alt='Rockin_Grain_EM.png' https://www.daveskillerbread.com/rockin-grains-muffins | Line 2021 2838 | |
| | alt='kroger-logo-white-small.png' alt='southeastern_grocers_white_logo.png' alt='Wakefern-Logo-White-300.png' alt='giant.png' alt='giantcorp.png' https://www.daveskillerbread.com/sandwich-rolls-done-right | Line 2473 2518 2608 2653 2698 ... | |
| | alt='Frankie-DKB-SCE-Face-2021_0831a.jpg' https://www.daveskillerbread.com/sce/frankie | Line 2003 | |
| | alt='Jamey-DKB-SCE-Face-2021_0831a.jpg' https://www.daveskillerbread.com/sce/jamey | Line 2005 | |
| | alt='WBDR-FOP-White-2020_0109a.gif' https://www.daveskillerbread.com/white-bread-done-right | Line 2021 | |
| | alt='WBDR-TS-FOP-White-2020_0109a.gif' https://www.daveskillerbread.com/white-bread-done-right-thin-sliced | Line 2021 | |
| | This issue was found on another 50 pages. You can change the number of pages shown for each issue using the Options menu command in the desktop edition or the Edit Scan button in the OnDemand edition. | | |
| 🔴 | alt text should not contain placeholders like 'picture' or 'spacer'. | WCAG 2.1 A F30 Section 508 (2017) A F30 | 7 pages |
| | For purely decorative images and spacers use alt='', for images of text use the text, and for other images use a description of the image. | 1.1.1 1.2.1 | |
| | Impact on users: | | |

- JAWS : Reads out placeholder text, instead of a useful image description.
- NVDA : Reads out placeholder text, instead of a useful image description.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | • VoiceOver : Reads out placeholder text, instead of a useful image description. | | |
| | `alt='BLTA+GA+FE'` https://www.daveskillerbread.com/21wgs-burger-buns | Line 3467 | |
| | `alt='BLTA+GA+FE'` https://www.daveskillerbread.com/21wgs-sandwich-rolls | Line 4244 | |
| | `alt='BLTA+GA+FE'` https://www.daveskillerbread.com/recipes | Line 4051 | |
| | `alt='BLTA+GA+FE'` https://www.daveskillerbread.com/recipes/category/Dinner | Line 3963 | |
| | `alt='BLTA+GA+FE'` https://www.daveskillerbread.com/recipes/category/Lunch | Line 3561 | |
| | `alt='BLTA+GA+FE'` https://www.daveskillerbread.com/recipes/category/Sandwich | Line 3561 | |
| | `alt='BLTA+GA+FE'` https://www.daveskillerbread.com/recipes/tag/21+Whole+Grains+and+Seeds+Sandwich+Rolls | Line 2221 | |
| 🔴 | Body elements like `img` are not allowed in `noscript` before `body`. | HTML5 WCAG 2.1 A 4.1.1 Section 508 (2017) A 4.1.1 | 296 pages |
| 🔴 | Decorative and spacer images must have a null `alt` attribute. | WCAG 2.1 A F38 Section 508 (2017) A F38 | 1 pages |
| | Images used for decoration only should have `alt=''` or `role=presentation` so they can be ignored by screen readers. | 1.1.1 | |
| | Impact on users: | | |
| | • JAWS : Reads out redundant `alt` text. <br> • NVDA : Reads out redundant `alt` text. <br> • VoiceOver : Reads out redundant `alt` text. | | |
| | https://www.daveskillerbread.com/ | Line 2148 | |
| 🔴 | Duplicate `id` - the same ID is used on more than one element. | HTML5 WCAG 2.1 A 4.1.1 Section 508 (2017) A 4.1.1 | 296 pages |
| 🔴 | Each `a` element must contain text or an `img` with an `alt` attribute. | WCAG 2.1 A F89 Section 508 (2017) A F89 | 296 pages |
| 🔴 | Headings should not be empty. | WCAG 2.1 A 1.3.1 Section 508 (2017) A 1.3.1 | 2 pages |
| | Add visible text to the heading, or `alt` text if the heading contains an image. Screen readers read out page headings, allowing users to quickly skip to a section, but some older screen readers do not ignore empty headings. | | |
| | https://www.daveskillerbread.com/brand-coverage | Line 4349 | |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | https://www.daveskillerbread.com/recipes/homemade-whole-wheat-croutons | Line 2110 | |
|  | `img` elements must have an accessible name. | WCAG 2.1 A F65<br>Section 508 (2017) A F65<br>1.1.1 | 2 pages |

Add an `alt` attribute describing the image, which screen readers voice instead of the image. Spacer images and purely decorative images should use `alt=""` without any global ARIA attributes. Do not use `alt` text containing only spaces since that's voiced as an unlabeled image.

Impact on users:

- NVDA 2022.2 Chrome 105 Windows 10 Reading: Image ignored.
- NVDA 2022.2 FF102 Windows 10 Reading: Image ignored.
- NVDA 2022.2 Edge 105 Windows 10 Reading: Image ignored.
- NVDA 2021.2 Chrome 94 Windows 10 Reading: Image ignored.
- NVDA 2021.2 FF91 Windows 10 Reading: Image ignored.
- NVDA 2021.2 Edge 94 Windows 10 Reading: Image ignored.
- NVDA 2020.2 Chrome 86 Windows 10 Reading: Image ignored.
- NVDA 2020.2 FF78 Windows 10 Reading: Image ignored.
- NVDA 2020.2 Edge 92 Windows 10 Reading: Image ignored.
- NVDA 2019.2 Chrome 79 Windows 10 Reading: Image unlabeled.
- NVDA 2019.2 FF68 Windows 10 Reading: Image ignored.
- JAWS 2022.2207.25 Chrome 105 Windows 10 Reading: Image ignored.
- JAWS 2022.2207.25 FF102 Windows 10 Reading: Image ignored.
- JAWS 2022.2207.25 Edge 105 Windows 10 Reading: Image ignored.
- JAWS 2021.2107.12 Chrome 94 Windows 10 Reading: Image ignored.
- JAWS 2021.2107.12 FF91 Windows 10 Reading: Image ignored.
- JAWS 2021.2107.12 Edge 94 Windows 10 Reading: Image ignored.
- JAWS 2020.2008.24 Chrome 86 Windows 10 Reading: Image ignored.
- JAWS 2020.2008.24 FF78 Windows 10 Reading: Image ignored.
- JAWS 2020.2008.24 Edge 92 Windows 10 Reading: Image ignored.

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|
| | • JAWS 2019.1912.1 Chrome 79 Windows 10 Reading: Image unlabeled.<br>• JAWS 2019.1912.1 FF68 Windows 10 Reading: Image ignored.<br>• VoiceOver macOS 12.5 Safari 15.6 macOS 12.5.1 Reading: Image filename read out.<br>• VoiceOver macOS 11.5 Safari 15.0 macOS 11.5.2 Reading: Image filename read out.<br>• VoiceOver macOS 10.15 Safari 14.1 macOS 10.15.7 Reading: Image filename read out.<br>• VoiceOver macOS 10.14 Safari 13.0 macOS 10.14.6 Reading: Image filename read out.<br>• VoiceOver iOS 15.6 Safari iOS 15.6 iOS 15.6 Touch: Image filename read out.<br>• VoiceOver iOS 14.7 Safari iOS 14.7 iOS 14.7 Touch: Image filename read out.<br>• VoiceOver iOS 13.3 Safari iOS 13.3 iOS 13.3 Touch: Image filename read out.<br>• VoiceOver iOS 12.4 Safari iOS 12.4 iOS 12.4.1 Touch: Image filename read out. | | |
| | https://www.daveskillerbread.com/ | Line 2148 | |
| | https://www.daveskillerbread.com/protein-bars | Line 1907 | |
| 🔴 | Link uses general text like 'Click Here' with no surrounding text explaining link purpose. | WCAG 2.1 A F63<br>Section 508 (2017) A F63 | 1 pages |
| | Screen reader users use text around links to help understand what the link does. If the link text is very general, and there's no surrounding text, there's no way to work out what the link does. Either use a descriptive link label (which helps all users) or add an `aria-label` or `aria-describedby` to the link (which helps screen reader users). | 2.4.4 2.4.9 | |
| | Link text: `Buy Now` `Buy Now`<br>https://www.daveskillerbread.com/protein-bars | Line 1981 2017 | |
| 🔴 | Removing the underline from links makes it hard for color-blind users to see them. | WCAG 2.1 A F73<br>Section 508 (2017) A F73 | 3 pages |
| 🔴 | The element `header` must not appear as a descendant of the `footer` element. | HTML5 WCAG 2.1 A 4.1.1<br>Section 508 (2017) A 4.1.1 | 296 pages |
| 🔴 | This `button` element is empty and has no accessible name. | WCAG 2.1 A 4.1.2<br>Section 508 (2017) A 4.1.2 | 283 pages |

## Level AA

1 issues on 2 pages

| | | | |
|---|---|---|---|
| 🟠 | The CSS outline or border style on this element makes it difficult or impossible to see the dotted link focus outline. | WCAG 2.1 AA F78<br>Section 508 (2017) AA F78 | 2 pages |

| Priority | Description and URL | Guideline and Line# | Count |
|---|---|---|---|

## Level AAA

3 issues on 296 pages

| | Avoid specifying a new window as the target of a link with `target=_blank`. | [WCAG 2.1 AAA F22](WCAG 2.1 AAA F22) | 296 pages |
|---|---|---|---|
| | Link uses general text like 'Click Here' which doesn't explain link purpose. | [WCAG 2.1 AAA F84](WCAG 2.1 AAA F84) | 65 pages |
| | Several links on a page share the same link text, but go to different destinations. | [WCAG 2.1 AAA 2.4.9](WCAG 2.1 AAA 2.4.9) | 55 pages |

## Informative

These messages are for information only and do not indicate errors or conformance problems

| | `role` is ignored on this element. | [ARIA 1.2 Role Conflict](ARIA 1.2 Role Conflict) | 1 pages |
|---|---|---|---|